IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT DYAS                                                                                    PLAINTIFF

v.                                      No: 5:18-cv-00240 JM-PSH

DOES, *et al.*                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 30th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE